# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 3, 2018

156206 & (58)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v                                                               SC: 156206
                                                                COA: 330429
                                                                Oakland CC: 2015-253328-FH

KENNETH JACKSON,
            Defendant-Appellant.
_____/

      On order of the Court, the motion to supplement the application for leave to appeal is GRANTED in part and the transcript excerpts attached to the motion are accepted for filing. To the extent that the motion requests an abeyance and remand, it is DENIED. The application for leave to appeal the June 22, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 3, 2018



t1218

Clerk